UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRI M. MERRITT,

    Plaintiff,

v.                                              Case No. 3:17cv169-MCR-CJK

LISA LUCILLE MCELHANNON, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this action on March 14, 2017, by filing a complaint (doc. 1) and motion to proceed *in forma pauperis* (doc. 2). After reviewing plaintiff's Affidavit of Financial Status, the court concluded plaintiff had the ability to pay the filing fee. Thus, on March 23, 2017, the court denied the motion to proceed *in forma pauperis* and ordered plaintiff to submit the $400.00 filing fee within 30 days. (Doc. 3). Plaintiff, however, failed to pay the filing fee within the allotted time. On April 27, 2017, the court ordered plaintiff to show cause within 14 days why this case should not be dismissed due to her failure to prosecute and/or failure to comply with an order of the court. To date, plaintiff has not paid the filing fee or responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 15th day of May, 2017.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.